**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Tiffany Jordan

      Plaintiff,

v.                  Case No.: 1:21−cv−04736
                     Honorable Ronald A. Guzman

GoHealth, LLC.

      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 9, 2022:

  MINUTE entry before the Honorable Beth W. Jantz: Settlement conference held via video on 5/9/2022. Parties reached binding settlement agreements. The parties memorialized the confidential settlement terms on the record. The transcript of this proceeding is ordered to be placed under seal. Parties agree to Exercise Consent of Jurisdiction by a United States Magistrate Judge. Parties are directed to file the joint consent by 5/17/2022. Parties are to file a Motion for with this Court by 6/9/2022. Any further deadlines or hearings will be set pending review of the motion. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.